191 So. 272

### George LAMBRAKIS v. STATE.
#### 6 Div. 532.

Supreme Court of Alabama.
June 29, 1939.

Rehearing Denied Oct. 12, 1939.

Morel Montgomery, of Birmingham, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Justice.

Petition of George Lambrakis for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lambrakis v. State, 191 So. 271.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.